IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRANCE MAXWELL, | ) |
| Plaintiff, | ) Case No. 5:17-cv-06059 |
| v. | ) |
| VALIDITY SCREENING SOLUTIONS, | ) Removal from Circuit Court of Clinton County, Missouri Case No. 17CN-CV00216 |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Validity Screening Solutions ("Validity" or "Defendant"), by and through its attorneys, Lathrop & Gage LLP and Seyfarth Shaw LLP, files this Notice of Removal with respect to Case No. 17CN-CV00216, filed in the Circuit Court of Clinton County, Missouri  In support of this Notice, Validity states as follows:

1. On April 4, 2017, Plaintiff Terrance Maxwell filed a purported class action Complaint in the Circuit Court of Clinton County, Missouri, entitled *Terrance Maxwell v. Validity Screening Solutions*, Case No. 17CN-CV00216. True and accurate copies of all process, pleadings, and orders are attached hereto as Exhibit A.

2. On April 13, 2017, Validity was served with a summons and a copy of the Complaint. *See* Ex. A.

3. In accordance with 28 U.S.C. § 1446(b), Validity filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's Complaint.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and division embrace the place where the action was filed.

5. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record. A copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Clinton County, Missouri.

6. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiff asserts claims under federal law. In his Complaint, Plaintiff claims that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681e(b), § 1681g. *See* Compl. ¶¶ 11, 46-57.

8. Because Plaintiff asserts claims under the laws of the United States, this Court has original federal question jurisdiction over Plaintiff's action. Accordingly, removal of Plaintiff's Complaint is proper pursuant to 28 U.S.C. § 1331.

9. By filing this Notice of Removal, Validity does not concede nor waive any defense to this action, including that Plaintiff lacks standing to bring this action. Validity reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, Validity respectfully removes this action from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

**DATED: May 11, 2017**  Respectfully submitted,

VALIDITY SCREENING SOLUTIONS


By  */s/ Rosalee M. McNamara*
      One of Its Attorneys

2

39031854v.1

Case 5:17-cv-06059-RK    Document 1    Filed 05/11/17    Page 2 of 3

Rosalee McNamara
MO Bar No. 33645
LATHROP & GAGE LLP
2345 Grand Blvd.
Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 460-5604
rmcnamara@lathropgage.com

Pamela Q. Devata*
John W. Drury*
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606
(312) 460-5000

*request for pro hac vice admission to be submitted

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail, postage prepaid and e-mail, this 11th day of May, 2017 to the following:

>Charles Jason Brown
>Jayson A. Watkins
>Brown & Watkins LLC
>301 S. US 169 Hwy
>Gower, Missouri 64454
>
>Attorneys for Plaintiff

>*/s/ Rosalee M. McNamara*
>An Attorney for Defendant