IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TERRANCE MAXWELL, | Case No. 5:17-cv-6059 |
| Plaintiff, | |
| v. | |
| VALIDITY SCREENING SOLUTIONS, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, Terrance Maxwell, and Defendant, Validity Screening Solutions, hereby inform the Court that the parties in the above-styled action have reached an agreement in principle to resolve this matter in its entirety. The parties are in the process of finalizing a settlement agreement and anticipate filing a Rule 41(a) stipulation of dismissal with prejudice within the next 30 days. The parties therefore respectfully request that all deadlines be stayed pending the filing of the stipulation of dismissal.

Respectfully submitted this 26th day of June, 2017,


s/*John W. Drury*_____

Rosalee McNamara
LATHROP & GAGE LLP
2345 Grand Blvd.
Suite 2200
Kansas City, Missouri 64108
Telephone: (816) 460-5604
rmcnamara@lathropgage.com

Pamela Q. Devata (admitted pro hac vice)
John W. Drury (admitted pro hac vice)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
pdevata@seyfarth.com
jdrury@seyfarth.com

*Counsel for Defendant*

s/*Jason Brown* (with consent)
C. Jason Brown
Jayson Watkins
BROWN & WATKINS, LLC
Gower, Missouri 64454
Telephone: (816) 424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ John W. Drury_____

John W. Drury